| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Daniel Rowe Ginn<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5239 |
| | | EIN: | 87–1400165 |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Virginia | Date case filed for chapter: | 7    6/30/25 |
| Case number: | 25–71518–SCS | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel Rowe Ginn | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 746 Kempsville Road<br>Virginia Beach, VA 23464 | |
| 4. | **Debtor's attorney**<br>Name and address | John G. Merna<br>The Merna Law Group, P.C.<br>621 N. Lynnhaven Road<br>Virginia Beach, VA 23452 | Contact phone 757–340–4895<br>Email: jmerna@mernalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom C. Smith, Jr.<br>P.O. Box 1506<br>Virginia Beach, VA 23451 | Contact phone (757) 428–3481<br>Email:  trustee@tomcsmith.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 600 Granby St., Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 757–222–7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Charri S Stewart<br><br>Date: July 1, 2025 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 31, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to: www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 921 637 7319, and Passcode 1603657331, or call 1(757) 925–8603** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: September 29, 2025** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Manner of Payment of Fees** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                        page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Daniel Rowe Ginn  
    Debtor

Case No. 25-71518-SCS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-8     User: TatianaLa     Page 1 of 3  
Date Rcvd: Jul 01, 2025     Form ID: 309A     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Rowe Ginn, 746 Kempsville Road, Virginia Beach, VA 23464-2745 |
| 16759231 | + | Beulaville Western Auto Value, 516 West Main Street, Beulaville, NC 28518-8672 |
| 16759233 | + | Centerville Waterway Marina, 100 N Centerville Tpk, Chesapeake, VA 23320-3004 |
| 16759234 | + | Chesapeake Health & Rehabilita, 688 Kingsborough Square, Chesapeake, VA 23320-4908 |
| 16759239 | | DUPLIN SUPERIOR COURT - KENANS, 112 Duplin Street, Kenansville, NC 28349-0000 |
| 16759238 | + | Duplin County Tax Administrati, PO Box 968, Kenansville, NC 28349-0968 |
| 16759242 | + | Gentry Locke, 10 Franklin Rd., Suite 900, Roanoke, VA 24011-2146 |
| 16759243 | + | Gershon Pain Specialist, 1133 First Colonial Rd, Virginia Beach, VA 23454-2402 |
| 16759244 | + | Hodges Doughty & Carson, 617 Main Street, Knoxville, TN 37902-2602 |
| 16759245 | + | House-Hasson Hardware Company, Forks of the River Ind Park, 3125 Water Plant Road, Knoxville, TN 37914-6640 |
| 16759246 | + | Jones Family Practice, LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 16759248 | + | Limestone Investments Inc, PO Box 312, Beulaville, NC 28518-0312 |
| 16759250 | | Privia Medical Group, LLC, PO Box 13050, Belfast, ME 04915-4021 |
| 16759253 | + | Sagesure Insurance, 101 Hudson St #2700, Jersey City, NJ 07302-3929 |
| 16759259 | + | Virginia Beach Circuit Court, 2425 Nimmo Parkway, Virginia Beach, VA 23456-9122 |
| 16759260 | + | Virginia Beach Public Utilties, Municipal Center Bldg 1, 2401 Courthouse Drive, Virginia Beach, VA 23456-9120 |
| 16759261 | | White & Allen PA, PO Box 3169, Kinston, NC 28502-3169 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jmerna@mernalaw.com | Jul 02 2025 01:48:00 | John G. Merna, The Merna Law Group, P.C., 621 N. Lynnhaven Road, Virginia Beach, VA 23452 |
| tr | + | EDI: QTCSMITH.COM | Jul 02 2025 05:31:00 | Tom C. Smith, Jr., P.O. Box 1506, Virginia Beach, VA 23451-9506 |
| 16759230 | + | Email/Text: bankruptcynotices@bayviewphysicians.com | Jul 02 2025 01:49:00 | Bayview Physician Services, P.O. Box 7068, Portsmouth, VA 23707-0068 |
| 16759232 | ^ | MEBN | Jul 02 2025 01:46:18 | Brightspeed, PO Box 6102, Carol Stream, IL 60197-6102 |
| 16759235 | | Email/Text: CCICollectionsGlobalForms@cox.com | Jul 02 2025 01:51:47 | Cox Communications, Bankruptcy Dept/Collections, 1341 Crossway Blvd, Chesapeake, VA 23320-0000 |
| 16759236 | + | EDI: CCS.COM | Jul 02 2025 05:31:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 16759237 | + | Email/Text: lynn.colombo@duke-energy.com | Jul 02 2025 01:51:00 | Duke Energy, P.O. Box 70515, Charlotte, NC 28272-0515 |
| 16759240 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jul 02 2025 01:51:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 16759247 | + | EDI: JPMORGANCHASE | Jul 02 2025 05:31:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, |

| District/off: 0422-8 | User: TatianaLa | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: 309A | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Monroe, LA 71203-4774 |
| 16759249 | + | Email/Text: bankruptcy@liveoak.bank | Jul 02 2025 01:50:00 | Live Oak Bank, 1757 Tiburon Dr, Wilmington, NC 28403-6244 |
| 16759251 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 02 2025 01:49:00 | Progressive, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 16759252 | + | Email/Text: ngisupport@radiusgs.com | Jul 02 2025 01:49:00 | Radius Global Solutions, 9550 Regency Square Ste 602, Jacksonville, FL 32225-8116 |
| 16759254 | + | Email/Text: elpasodlsc@sba.gov | Jul 02 2025 01:50:00 | SBA, 10737 Gateway West, Suite 300, El Paso, TX 79935-4910 |
| 16759255 | + | Email/Text: APG@townebank.net | Jul 02 2025 01:51:00 | TowneBank, Attn: Loan Operations, 6013 Harbour View Blvd, Suffolk, VA 23435-2767 |
| 16759256 | + | Email/Text: bankruptcy@bbandt.com | Jul 02 2025 01:49:00 | Truist Bank*, c/o 200 W Second Street, Winston Salem, NC 27101-4019 |
| 16759257 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 02 2025 01:49:00 | US Bank, PO Box 21948, Saint Paul, MN 55121-0000 |
| 16760380 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jul 02 2025 01:49:00 | U.S. Attorney, 101 W. Main Street, #8000, Norfolk, VA 23510-1651 |
| 16759258 | + | EDI: USAA.COM | Jul 02 2025 05:31:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16759241 | | Former Spouse |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John G. Merna | on behalf of Debtor Daniel Rowe Ginn jmerna@mernalaw.com mlgcourts@gmail.com;MernaJR73674@notify.bestcase.com;agraveline@mernalaw.com;legalassistant@mernalaw.com;mlgassist@mernalaw.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |

District/off: 0422-8 User: TatianaLa Page 3 of 3
Date Rcvd: Jul 01, 2025 Form ID: 309A Total Noticed: 35

Tom C. Smith, Jr.
                    trustee@tomcsmith.com  tcsmith@ecf.axosfs.com

TOTAL: 3