**United States Bankruptcy Court**
**Eastern District of Virginia**
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

Case Number   25−71518−SCS
Chapter   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel Rowe Ginn
746 Kempsville Road
Virginia Beach, VA 23464

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5239

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 87−1400165

# NOTICE OF NEED TO FILE PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **December 15, 2025**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: September 12, 2025                           For the Court,

Address of the Bankruptcy Court                     Charri S Stewart, Clerk
600 Granby St., Room 400                            United States Bankruptcy Court
Norfolk, VA 23510

[B2040vaebOct2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-71518-SCS

Daniel Rowe Ginn     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8     User: TatianaLa     Page 1 of 3

Date Rcvd: Sep 12, 2025     Form ID: 2040     Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Daniel Rowe Ginn, 746 Kempsville Road, Virginia Beach, VA 23464-2745 |
| cr | + | Beulaville Western Auto Value, Inc., Womble Bond Dickinson (US) LLP, c/o Eudora F. S. Arthur, 555 Fayetteville St., Suite 1100, Raleigh, NC 27601-3034 |
| 16759231 | + | Beulaville Western Auto Value, 516 West Main Street, Beulaville, NC 28518-8672 |
| 16759233 | + | Centerville Waterway Marina, 100 N Centerville Tpk, Chesapeake, VA 23320-3004 |
| 16759234 | + | Chesapeake Health & Rehabilita, 688 Kingsborough Square, Chesapeake, VA 23320-4908 |
| 16759239 | | DUPLIN SUPERIOR COURT - KENANS, 112 Duplin Street, Kenansville, NC 28349-0000 |
| 16759238 | + | Duplin County Tax Administrati, PO Box 968, Kenansville, NC 28349-0968 |
| 16759242 | + | Gentry Locke, 10 Franklin Rd., Suite 900, Roanoke, VA 24011-2146 |
| 16759243 | + | Gershon Pain Specialist, 1133 First Colonial Rd, Virginia Beach, VA 23454-2402 |
| 16759244 | + | Hodges Doughty & Carson, 617 Main Street, Knoxville, TN 37902-2602 |
| 16759245 | + | House-Hasson Hardware Company, Forks of the River Ind Park, 3125 Water Plant Road, Knoxville, TN 37914-6640 |
| 16759246 | + | Jones Family Practice, LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 16759248 | + | Limestone Investments Inc, PO Box 312, Beulaville, NC 28518-0312 |
| 16759250 | | Privia Medical Group, LLC, PO Box 13050, Belfast, ME 04915-4021 |
| 16759253 | + | Sagesure Insurance, 101 Hudson St #2700, Jersey City, NJ 07302-3929 |
| 16759259 | + | Virginia Beach Circuit Court, 2425 Nimmo Parkway, Virginia Beach, VA 23456-9122 |
| 16759260 | + | Virginia Beach Public Utilties, Municipal Center Bldg 1, 2401 Courthouse Drive, Virginia Beach, VA 23456-9120 |
| 16759261 | | White & Allen PA, PO Box 3169, Kinston, NC 28502-3169 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QTCSMITH.COM | Sep 13 2025 04:57:00 | Tom C. Smith, Jr., P.O. Box 1506, Virginia Beach, VA 23451-9506 |
| 16759230 | + | Email/Text: bankruptcynotices@bayviewphysicians.com | Sep 13 2025 01:09:00 | Bayview Physician Services, P.O. Box 7068, Portsmouth, VA 23707-0068 |
| 16759232 | ^ | MEBN | Sep 13 2025 01:03:10 | Brightspeed, PO Box 6102, Carol Stream, IL 60197-6102 |
| 16759235 | | Email/Text: CCICollectionsGlobalForms@cox.com | Sep 13 2025 01:10:22 | Cox Communications, Bankruptcy Dept/Collections, 1341 Crossway Blvd, Chesapeake, VA 23320-0000 |
| 16759236 | + | EDI: CCS.COM | Sep 13 2025 04:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 16759237 | + | Email/Text: lynn.colombo@duke-energy.com | Sep 13 2025 01:10:00 | Duke Energy, P.O. Box 70515, Charlotte, NC 28272-0515 |
| 16759240 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Sep 13 2025 01:10:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 16759247 | + | EDI: JPMORGANCHASE | Sep 13 2025 04:57:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16759249 | + | Email/Text: bankruptcy@liveoak.bank | Sep 13 2025 01:09:00 | Live Oak Bank, 1757 Tiburon Dr, Wilmington, NC 28403-6244 |
| 16759251 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 13 2025 01:09:00 | Progressive, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 16759252 | + | Email/Text: ngisupport@radiusgs.com | Sep 13 2025 01:09:00 | Radius Global Solutions, 9550 Regency Square Ste 602, Jacksonville, FL 32225-8116 |
| 16759254 | + | Email/Text: elpasodlsc@sba.gov | Sep 13 2025 01:10:00 | SBA, 10737 Gateway West, Suite 300, El Paso, TX 79935-4910 |
| 16759255 | + | Email/Text: APG@townebank.net | Sep 13 2025 01:10:00 | TowneBank, Attn: Loan Operations, 6013 Harbour View Blvd, Suffolk, VA 23435-2767 |
| 16759256 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2025 01:09:00 | Truist Bank*, c/o 200 W Second Street, Winston Salem, NC 27101-4019 |
| 16759257 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 13 2025 01:09:00 | US Bank, PO Box 21948, Saint Paul, MN 55121-0000 |
| 16760380 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 13 2025 01:09:00 | U.S. Attorney, 101 W. Main Street, #8000, Norfolk, VA 23510-1651 |
| 16778484 | + | Email/Text: RASEBN@raslg.com | Sep 13 2025 01:09:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 16759258 | + | EDI: USAA.COM | Sep 13 2025 04:57:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association., |
| 16759241 | | Former Spouse |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eudora F. S. Arthur | on behalf of Creditor Beulaville Western Auto Value Inc. dorie.arthur@wbd-us.com |

| | | |
|---|---|---|
| District/off: 0422-8 | User: TatianaLa | Page 3 of 3 |
| Date Rcvd: Sep 12, 2025 | Form ID: 2040 | Total Noticed: 36 |

John G. Merna
    on behalf of Debtor Daniel Rowe Ginn jmerna@mernalaw.com mlgcourts@gmail.com;MernaJR73674@notify.bestcase.com;agraveline@mernalaw.com;legalassistant@mernalaw.com;mlgassist@mernalaw.com

Landon Thomas Kemnitz
    on behalf of Creditor U.S. Bank National Association. lkemnitz@raslg.com

Matthew W. Cheney
    ustpregion04.no.ecf@usdoj.gov

Tom C. Smith
    on behalf of Trustee Tom C. Smith Jr. bankruptcy@tomcsmith.com

Tom C. Smith, Jr.
    trustee@tomcsmith.com tcsmith@ecf.axosfs.com

TOTAL: 6